UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSEPH LEAHY, et al

        Plaintiffs,        Case No. 18-cv-10968
v.        HON. MARK A. GOLDSMITH

MEYER NJUS TANICK, PA,

        Defendant.
_____/

**ORDER DISMISSING CASE WITH PREJUDICE**

The Court, having been advised that this matter has settled, dismisses the case with prejudice, subject to reopening within 30 days if the settlement is not consummated, or if the parties stipulate to some other order of dismissal.

SO ORDERED.

Dated: June 28, 2019        s/Mark A. Goldsmith
   Detroit, Michigan        MARK A. GOLDSMITH
        United States District Judge